UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

QRS Diagnostic,

Plaintiff,

v.

Mortara Instruments,

Defendant.

Case No. 01-CV-1782 RHK/SRN

**STIPULATED MOTION AND ORDER TO EXTEND TIME TO ANSWER**

Based on the Stipulation of counsel below, defendant Mortara Instruments moves the Court for an Order extending Mortara's time to Answer plaintiff's Complaint until November 19, 2001.

QRS Diagnostic and Mortara hereby Stipulate and agree that Mortara's time to Answer the Complaint shall be extended to November 19, 2001.

Dated: October 18, 2001

OPPENHEIMER WOLFF
& DONNELLY LLP

By: ______________________

Craig J. Lervick (Atty. Reg. No. 225368)
3400 Plaza VII
45 S. Seventh St.
Minneapolis, MN 55402
PH: 612-607-7000
FAX: 612-607-7100

Attorneys for Plaintiff QRS Diagnostic

FILED OCT 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: October 18, 2001

FISH & RICHARDSON P.C., P.A.

By: [signature]
Michael E. Florey (Atty. Reg. No. 214322)
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Ph: 612-335-5070
Fax: 612-288-9696

Attorneys for Defendant Mortara Instruments

60058574.doc

SO ORDERED:

DATE: October 19, 2001

[signature]
Susan R. Nelson
United States Magistrate Judge