**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**QRS Diagnostic, LLC,**

**Plaintiff,**

**v.**

**Mortara Instruments, Inc.,**

**Defendant.**

**Civil No. 01-1782 (RHK/SRN)**

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by April 1, 2003.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before January 21, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Party with burden of proof on an issue on or before October 2, 2002.

   b. Rebuttal on or before November 1, 2002.

4. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

FILED JAN 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a. By Party with burden of proof on an issue on or before December 2, 2002.

b. Rebuttal on or before January 15, 2003.

5. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

6. No more than 25 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 4 expert depositions.

**<u>Non-Dispositive Motions</u>**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by March 7, 2002 with the exception of amendments seeking to add a claim of unenforceability due to inequitable conduct which must be served by October 1, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by April 15, 2003.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**<u>Dispositive Motions</u>**

1. All dispositive motions shall be served, filed and heard by June 1, 2003, (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deb Siebrecht, 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**<u>Trial</u>**

This case shall be ready for trial **(JURY)** on August 1, 2003, or upon resolution of any pending dispositive motions. Anticipated length of trial is 10 days.

Dated: January 9, 2002

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge