UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| QRS Diagnostic, LLC<br>Plaintiff<br>v.<br>Mortara Instrument, Inc.<br>Defendant | 01-CV-1782 RHK/SRN |

## STIPULATED MOTION FOR LIMITED AMENDMENT OF THE PRETRIAL SCHEDULING ORDER AND ORDER

Plaintiff QRS Diagnostic, LLC and defendant Mortara Instrument, Inc. jointly move the Court for an Order pursuant to Local Rule 16.3 amending a portion of the Pretrial Scheduling Order. The current Scheduling Order provides that a party with the burden of proof must disclose the identity of expert witnesses as to that issue on or before October 2, 2002. The identity of rebuttal experts is to be disclosed on or before November 1, 2002. Further, the date for any motion seeking leave to amend the pleadings to add a claim of unenforceability due to inequitable conduct is currently October 1, 2002.

Plaintiff QRS Diagnostic recently elected to change counsel in this matter. Due to this change in counsel, QRS has been delayed in responding to discovery recently propounded by defendant Mortara. The parties therefore jointly request that the Court extend the above-identified deadlines to November 15 (identification of experts), December 15 (identification of

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

rebuttal experts), and November 15 (amendment of pleadings to claim unenforceability). These extensions do not alter the time for discovery, or the trial ready date.

Dated: September 26, 2002

FISH & RICHARDSON P.C., P.A.

By: ____________________
Michael E. Florey (Atty. Reg. No. 214322)
60 South Sixth Street
3300 Dain Rauscher Plaza
Minneapolis, MN 55402
Ph: (612) 335-5070
Fax: (612) 288-9696

Leslie S. Miller, Esq.
Daniel Hanson, Esq.
Reinhart Boerner Van Deuren Norris &
Rieselbach, S.C.
1000 North Water Street
P.O. Box 514000
Milwaukee, WI 53203-3400
Ph: (414) 298-1000
Fax: (414) 298-8097

**Attorneys for Defendant**
**MORTARA INSTRUMENT, INC.**

Dated: September 26, 2002

KINNEY & LANGE, P.A.

By: ____________________
David R. Fairbairn (No. 28,125)
The Kinney & Lange Building
312 South Third Avenue
Minneapolis, MN 55415-1002
Ph: (612) 339-1863

**Attorneys for Plaintiff**
**QRS DIAGNOSTIC, LLC**

**~~[PROPOSED~~] ORDER**

This matter is before the Court on the parties Stipulated Motion For Limited Amendment of The Pretrial Scheduling Order. Based on the submissions of the parties and for good cause shown, IT IS HEREBY ORDERED THAT the Pretrial Scheduling Order date January 9, 2002 is amended as follows:

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By party with burden of proof on an issue on or before November 15, 2002.

   b. Rebuttal on or before December 15, 2002.

2. Amendments seeking to add a claim of unenforceability due to inequitable conduct must be served by November 15, 2002.

DATED: September 30, 20002

Susan Richard Nelson
Susan R. Nelson
United States Magistrate Judge

60106111.doc