ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**QRS Diagnostic, LLC,**

Plaintiff,

v.

**Mortara Instrument, Inc.,**

Defendant.

Civil Action No. 01-CV-1782 RHK/SRN

**SECOND STIPULATED MOTION FOR LIMITED AMENDMENT OF THE PRETRIAL SCHEDULING ORDER**

Pursuant to Local Rule 16.3, plaintiff QRS Diagnostic, LLC and defendant Mortara Instrument, Inc. jointly move the Court for an Order amending a portion of the Pretrial Scheduling Order. Currently, the Pretrial Scheduling Order provides that full disclosure of expert testimony and reports, pursuant to Rule 26(a)(2)(B), be made as follows:

a. By Party with burden of proof on an issue on or before December 2, 2002.

b. Rebuttal on or before January 15, 2003.

Discovery is still underway and the parties are still in the process of obtaining information relevant to expert witness testimony. As such, the parties stipulate to modify the Pretrial Scheduling Order, with respect to disclosure of expert testimony and reports pursuant to Rule 26(a)(2)(B), as follows:

a. By Party with burden of proof on an issue on or before December 16, 2002.

b. Rebuttal on or before January 29, 2003.

This modification does not alter the time for discovery, or the trial ready date.

FILED NOV 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 11/27/02

By: ______________________
David R. Fairbairn (No. 28,125)
Kinney & Lange, P.A.
The Kinney & Lange Building
312 South Third Avenue
Minneapolis, MN 55415-1002
(612) 339-1863

**ATTORNEY FOR PLAINTIFF QRS DIAGNOSTIC, LLC**

Dated: 11/27/02

By: ______________________
Michael E. Florey (No. 214,322)
Greg A. McAllister (No. 295,759)
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

Leslie S. Miller, Esq.
Daniel Hanson, Esq.
Reinhart Boerner Van Dueren Norris & Rieselbach, S.C.
1000 North Water Street
P.O. Box 514000
Milwaukee, WI 53203-3400
(414) 298-1000

**ATTORNEYS FOR DEFENDANTS MORTARA INSTRUMENTS, INC.**

**ORDER**

This matter is before the Court on the parties' Second Stipulated Motion For Limited Amendment of The Pretrial Scheduling Order. Based on the submissions of the parties and for good cause shown, IT IS HEREBY ORDERED THAT the Pretrial Scheduling Order, dated January 9, 2002, is amended as follows:

Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

a. By Party with burden of proof on an issue on or before December 16, 2002.

b. Rebuttal on or before January 29, 2003.

Dated this 29th day of November, 2002

Susan Richard Nelson

Susan R. Nelson
United States Magistrate Judge