UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ORIGINAL**

**QRS Diagnostic, LLC,**

Plaintiff,

v.

**Mortara Instrument, Inc.,**

Defendant.

Civil Action No. 01-CV-1782 RHK/SRN

**THIRD STIPULATED MOTION FOR LIMITED AMENDMENT OF THE PRETRIAL SCHEDULING ORDER**

Pursuant to Local Rule 16.3, plaintiff QRS Diagnostic, LLC and defendant Mortara Instrument, Inc. jointly move the Court for an Order amending portions of the Pretrial Scheduling Order and the Order granting the Second Stipulated Motion for Limited Amendment of the Pretrial Scheduling Order. Currently, pursuant to the Order granting the Second Stipulated Motion for Limited Amendment of the Pretrial Scheduling Order, full disclosure of expert testimony and reports, pursuant to Rule 26(a)(2)(B), are to be made as follows:

a. By Party with burden of proof on an issue on or before December 16, 2002.

Discovery is still underway and the parties are still in the process of obtaining information relevant to expert witness testimony. As such, the parties stipulate to modify the Pretrial Scheduling Order and the Order granting the Second Stipulated Motion for Limited Amendment of the Pretrial Scheduling Order, with respect to disclosure of expert testimony and reports pursuant to Rule 26(a)(2)(B), as follows:

a. By Party with burden of proof on an issue on or before December 23, 2002.

FILED DEC 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

This modification does not alter the deadline for rebuttal reports, time for discovery, or the trial ready date.

Dated: 12/12/02

By: ______________________

David R. Fairbairn (No. 28,125)
Kinney & Lange, P.A.
The Kinney & Lange Building
312 South Third Avenue
Minneapolis, MN 55415-1002
(612) 339-1863

**ATTORNEY FOR PLAINTIFF QRS DIAGNOSTIC, LLC**

Dated: 12/12/02

By: ______________________

Michael E. Florey (No. 214,322)
Greg A. McAllister (No. 295,759)
Fish & Richardson P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

Leslie S. Miller, Esq.
Daniel Hanson, Esq.
Reinhart Boerner Van Dueren Norris & Rieselbach, S.C.
1000 North Water Street
P.O. Box 514000
Milwaukee, WI 53203-3400
(414) 298-1000

**ATTORNEYS FOR DEFENDANTS MORTARA INSTRUMENTS, INC.**

**ORDER**

This matter is before the Court on the parties' Third Stipulated Motion For Limited Amendment of The Pretrial Scheduling Order. Based on the submissions of the parties and for good cause shown, IT IS HEREBY ORDERED THAT the Pretrial Scheduling Order, dated January 9, 2002, and the Order granting the Second Stipulated Motion for Limited Amendment of the Pretrial Scheduling Order, dated November 27, 2002, are amended as follows:

Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

a. By Party with burden of proof on an issue on or before December 23, 2002.

Dated this 13th day of December, 2002

Susan Richard Nelson

Susan R. Nelson
United States Magistrate Judge

No further extension will be granted