Cv 01-1782 RHK/SRN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR AUGUST, 2003 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning August 1, 2003. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By July 17, 2003:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By July 24, 2003:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By July 29, 2003: Responses to the Written Objections.

Dated: June 2, 2003

RICHARD H. KYLE
United States District Judge

JUN 0 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | QRS Diagnostic LLC | David Fairbairn<br>612-339-1863 |
| | vs CV 01-1782 RHK/SRN<br>JURY | |
| | Mortara Instruments INC. | Michael Florey<br>612-335-5070 |
| 2. | Minnesota Door Company<br>Penny Lundsten | Frank Mabley<br>651-636-7696 |
| | vs CV 02-475 RHK/AJB<br>COURT | |
| | Home Depot USA Inc.,<br>etc | Darron Knutson<br>Daniel Adams<br>651-312-6500 |
| 3. | Piramiah Elayaperumal | Piramiah Elayaperumal<br>763-424-548 |
| | vs CV 02-860 RHK/SRN | |
| | Medtronic Inc. | Jacqueline Mrachek<br>Kevin Ross<br>612-373-0830 |