**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

QRS Diagnostic, LLC,

Plaintiff,

Civil No. 01-1782 (RHK/SRN)

vs.

**ORDER**

Mortara Instrument, Inc.,

Defendant.

---

Pursuant to the Stipulation of Dismissal filed herein on June 4, 2003, **IT IS ORDERED** that the above matter is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs and attorney fees.

Dated: June 5, 2003

RICHARD H. KYLE
United States District Judge

JUN 05 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK